## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYPTOPEAK SECURITY, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>TELADOC, INC.,<br><br>               Defendant. | Civil Action No. 1:17-cv-747-LPS-CJB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff CryptoPeak Security, LLC hereby files this Notice of Voluntary Dismissal With Prejudice of Defendant Teladoc, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Teladoc, Inc. has not yet answered the Complaint. Accordingly, Plaintiff Cryptopeak Security, LLC voluntarily dismisses Defendant Teladoc, Inc. with prejudice pursuant to Rule 41(a)(1).

Dated:  September 20, 2017        DEVLIN LAW FIRM LLC

                                                      By: */s/ Timothy Devlin*
                                                      Timothy Devlin (#4241)
                                                      1306 N. Broom Street, 1st Floor
                                                      Wilmington, Delaware 19806
                                                      Telephone: (302) 449-9010
                                                      Facsimile: (302) 353-4251
                                                      tdevlin@devlinlawfirm.com

                                                      *Attorneys for Plaintiff CryptoPeak Security, LLC*